UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| GREGORY COBBINS, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:06-0073 |
| | ) Judge Echols |
| TENNESSEE DEPARTMENT OF TRANSPORTATION, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) Defendant Tennessee Department of Transportation's Motion for Summary Judgment (Docket Entry No. 17) is hereby GRANTED IN PART and DENIED IN PART. It is GRANTED (a) with respect to Plaintiff's claim that he was subjected to retaliation when he was not selected for the position of Highway Maintenance County Supervisor; and (b) with respect to Plaintiff's claim that he was subjected to disparate treatment in the application process for that position. The Motion is DENIED with respect to Plaintiff's claim that he was subjected to race discrimination in not being promoted to the position of Highway Maintenance County Supervisor.

(2) Plaintiff Gregory Cobbins' Motion for Summary Judgment (Docket Entry No. 22) is hereby DENIED.

The Final Pretrial Conference will be held on October 1, 2007 at 3:30 p.m. in Nashville, and the jury trial will commence at 9:00 a.m. on November 6, 2007, in Columbia, as previously scheduled.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE